*Trademark Trial and Appeal Board Electronic Filing System. http://estta.uspto.gov*

| ESTTA Tracking number: | **ESTTA212715** |
|---|---|
| Filing date: | **05/20/2008** |

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
### BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD

| Proceeding | 92047438 |
|---|---|
| Party | Defendant<br>Paleteria La Michoacana, Inc. |
| Correspondence Address | Sally M. Abel<br>Fenwick & West LLP<br>Silicon Valley Center, 801 California Street<br>Mountain View, CA 94041<br>UNITED STATES<br>HTruong@fenwick.com |
| Submission | Other Motions/Papers |
| Filer's Name | Hoang-chi Truong |
| Filer's e-mail | trademarks@fenwick.com |
| Signature | /hoangchitruong/ |
| Date | 05/20/2008 |
| Attachments | La Indita withdrawal of deposition.pdf ( 3 pages )(108630 bytes ) |

SALLY M. ABEL (CSB NO. 116623)
HOANG-CHI TRUONG (CSB NO. 205203)
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone: (650) 988-8500
Facsimile: (650) 938-5200

JEDEDIAH WAKEFIELD (CSB NO. 178058)
RACHAEL G. SAMBERG (CSB NO. 223694)
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: (415) 875-2300
Facsimile: (415) 281-1350


Attorneys for Registrant
PALETERIA LA MICHOACANA, INC.

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

### IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
### BEFORE THE TTAB

| | |
|---|---|
| PRODUCTOS LACTEOS TOCUMBO S.A. DE C.V., <br><br> Petitioner, <br><br> v. <br><br> PALETERIA LA MICHOACANA, INC., <br><br> Registrant. | Cancellation No.: 92047438 <br> Registration No.: 3,210,304 <br><br> **PALETERIA LA MICHOACANA, INC.'S NOTICE OF WITHDRAWAL OF DEPOSITION OF PRODUCTOS LACTEOS TOCUMBO S.A. DE C.V., PURSUANT TO FED. R. CIV. P. 30(b)(6), *et. seq.*** |

**TO PETITIONER PRODUCTOS LACTEOS TOCUMBO S.A. DE C.V.:**

**PLEASE TAKE NOTICE THAT** Registrant, Paleteria La Michoacana, Inc., by and through its attorneys of record, withdraws without prejudice the deposition of Petitioner, Productos Lacteos Tocumbo S.A. de C.V., previously scheduled for May 16, 2008, at the offices of Haynes Boone, Torre Esmeralda I, Blvd., Manuel Ávila Camacho No. 40, Despacho 1601 Col. Lomas de Chapultepec, México, DF 11000.

/ / /

/ / /

REGISTRANT'S WITHDRAWAL OF DEPOSITION OF PETITIONER

Dated: May 20, 2008

FENWICK & WEST LLP

By: _____
Hoang-chi Truong, Esq.
Attorneys for Registrant
PALETERIA LA MICHOACANA, INC.

2

REGISTRANT'S WITHDRAWAL OF DEPOSITION OF PETITIONER

## CERTIFICATE OF SERVICE

The undersigned declares that:

I, Deborah A. Shaw, am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to this action. My business address is: Fenwick & West LLP, 801 California Street, Mountain View, CA 94041.

On May 20, 2008, I caused to be served the attached:

**PALETERIA LA MICHOACANA, INC.'S NOTICE OF WITHDRAWAL OF DEPOSITION OF PRODUCTOS LACTEOS TOCUMBO S.A. DE C.V., PURSUANT TO FED. R. CIV. P. 30(b)(6), *et. seq.***

on the parties in the subject action by placing a true copy thereof as indicated below, address:

> Stephen L. Anderson, Esq.
> 32605 U.S. Highway 79 South, Suite 208
> Temecula, CA 92592

**(XX)** **BY U.S. MAIL:** I am familiar with our business practices for collecting and processing of mail for the United States Postal Service. Mail placed by me within the office for collection for the United States Postal Service would normally be deposited with the United States Postal Services that day in the ordinary course of business. The envelope(s) bearing the address(es) above was sealed and placed for collection and mailing on the date below following our ordinary business practices.

**( )** **BY PERSONAL SERVICE:** I caused such envelope(s) to be delivered by hand on the office(s) of the addressee(s).

**( )** **BY FEDERAL EXPRESS:** I caused such envelope(s) to be delivered to Federal Express for overnight courier service to the office(s) of the addressee(s).

**( )** **BY FACSIMILE**: I caused a copy of such document(s) to be sent via facsimile transmission to the office(s) of the party(s) stated above and was transmitted without error.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: May 20, 2008

_____
Deborah A. Shaw

REGISTRANT'S WITHDRAWAL OF DEPOSITION OF PETITIONER

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW